IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03319-WJM-BNB

L.J., a minor, through his parents and next friends, Bruce and Annetta Johnson,

Plaintiff,

v.

JEFFERSON COUNTY DEPARTMENT OF HUMAN SERVICES,
PARKER PERSONAL CARE HOMES, INC., a Colorado corporation,
ESSENE HOME, a Colorado limited liability company,
BRIAN MOATS, individually and as Case Manager of the Jefferson County Department of Human Services, and
LEDALE D. BROWN,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Motion to Vacate and Reset the F.R.C.P. 16(b) Scheduling Conference** [docket no. 30, filed February 20, 2014] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for March 4, 2014, is **vacated and reset to April 18, 2014, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **April 11, 2014**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).

DATED:  February 20, 2014