IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 13-cv-3319-WJM-BNB | Date: | April 18, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
| --- | --- |
| BRUCE JOHNSON,<br>ANNETTA JOHNSON, | *Jack David Robinson* |
| **Plaintiffs,** | |
| v. | |
| PARKER PERSONAL CARE HOMES, INC.,<br>ESSENE HOME,<br>BRIAN MOATS,<br>LEDALE D. BROWN,<br>BARB WEINSTEIN,<br>AMY ANDREWS, | *David James Nowak*<br>*Patricia Wonsiewicz Gilbert* |
| **Defendants.** | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in session:       9:01 a.m.

Appearances of counsel.

Argument held on Motion to Stay Discovery [49] filed by Defendants Amy Andrews, Brian Moats and Barb Weinstein on April 11, 2014.

As stated on the record, it is

**ORDERED: The Motion to Stay Discovery [49] is GRANTED IN PART and DENIED IN PART.**

Each separately represented party is allowed:
Ten (10) depositions including experts, each deposition limited to one day of 7 hours;

Twenty-five (25) interrogatories;
Twenty-five (25) requests for production of documents;
Twenty-five (25) requests for admissions.

Deadline for joinder of parties and amendment of pleadings: May 30, 2014.

Discovery cut-off: October 17, 2014.

Dispositive motion deadline: November 17, 2014.

Each side may designate five expert witnesses.
Parties shall designate all experts no later than: August 1, 2014.
Parties shall designate all rebuttal experts no later than: September 1, 2014.

All written discovery shall be served such that responses are due by the discovery cut-off.

A proposed Pretrial Order is due on January 6, 2015.  A Final Pretrial Conference is set for January 13, 2015, at 10:00 a.m.

Proposed Scheduling Order was approved and entered with interlineations made by the court.

Court in recess: 9:27 a.m.      Hearing concluded.      Total time in court:  00:26