IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03319-WJM-BNB

L.J., a minor, through his parents and next friends, Bruce and Annetta Johnson,

Plaintiff,

v.

PARKER PERSONAL CARE HOMES, INC., a Colorado corporation,
ESSENE HOME, a Colorado limited liability company,
BRIAN MOATS, individually and as Case Manager of the Jefferson County Department of Human Services, and
LEDALE D. BROWN,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**


A complete stay of discovery, as the Jeffco Defendants request, is not appropriate, for the reasons discussed in my Order [Doc. # 56].

IT IS ORDERED that the Motion for Temporary Stay [Doc. # 62] is DENIED.


DATED: May 6, 2014