IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03319-WJM-BNB

L.J., a minor, through his parents and next friends, Bruce and Annetta Johnson,

Plaintiff,

v.

PARKER PERSONAL CARE HOMES, INC., a Colorado corporation,
ESSENE HOME, a Colorado limited liability company,
BRIAN MOATS, individually and as Case Manager of the Jefferson County Department of Human Services, and
LEDALE D. BROWN,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED:

(1)  The **Unopposed Motion to Continue Pre-Trial Conference, Stay Discovery and Amend Scheduling Order** [Doc. # 79] is GRANTED;

(2)  Discovery is STAYED to and including December 1, 2014; and

(3)  The case schedule is modified to the following extent:

Discovery Cut-Off:             February 27, 2015

(All discovery must be completed by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

Dispositive Motions Deadline:     March 17, 2015

Expert Disclosures:

(a)  The parties shall designate all experts and provide opposing counsel with all information specified in

      Fed. R. Civ. P. 26(a)(2) on or before December 8, **2014**

 (b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 19, 2015

  Final Pretrial Conference: The final pretrial conference set for January 13, 2015, at 10:00 a.m., is VACATED and RESET to May 19, 2015, at 9:00 a.m. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than May 12, 2015.

DATED: August 11, 2014