IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No.: 1:13-cv-03319-WJM-BNB

L.J., a minor, through his parents and next friends, Bruce and Annetta Johnson;

Plaintiff,

v.

JEFFERSON COUNTY DEPARTMENT OF HUMAN SERVICES;
PARKER PERSONAL CARE HOMES, INC., a Colorado corporation;
ESSENE HOME, a Colorado limited liability company;
BRIAN MOATS, individually and as Case Manager of the Jefferson County Department of Human Services;
BARB WEINSTEIN, individually and as Associate Director of the Jefferson County Department of Human Services Division of Children, Youth and Families'
AMY ANDREWS, individually and as Case manager of the Jefferson County Department of Human Services; and
LEDALE D. BROWN.

Defendants.

_____

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS
CERTAIN CLAIMS PURSUANT TO F.R.C.P. 41(a)(2)**
_____

This matter comes before the Court on the Plaintiff's Unopposed Motion to Dismiss Certain Claims Pursuant to F.R.C.P. 41(a)(2), filed August 26, 2014 (ECF No. 84). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Unopposed Motion is GRANTED. The following claims are hereby DISMISSED WITHOUT PREJUDICE, each party to pay his, her or its own costs and attorney's fees:

- All claims against Barb Weinstein; and

- The Supervisory Liability and Equal Protection claims against Defendants Moats and Andrews.

Dated this 27th day of August, 2014.

BY THE COURT:

William J. Martinez
United States District Judge